**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

# MEMORANDUM ENDORSED

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 16, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/18/2025

**BY ECF**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Luis Sosa*, 24 Cr. 412 (GHW)

Dear Judge Woods:

With the defendant's consent, the Government respectfully moves to unseal the following documents relating to the above-captioned case and defendant:

- Notice of Intent to File an Information (1/22/25)
- Information
- Order scheduling initial appearance (1/23/25)
- Letter requesting adjournment of conference (5/27/25)
- Defense letter requesting adjournment of July 31 plea (7/29/25)
- Minute entry granting adjournment (7/30/25)
- Speedy Trial Order adjourning conference (7/31/25)

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____
Frank J. Balsamello
Marguerite B. Colson
Assistant United States Attorneys
(212) 637- 2325 | -2587

Application granted. The documents outlined by the Government above are unsealed. The Clerk of Court is directed to docket those materials and to terminate the motion pending at Dkt. No. 57.

SO ORDERED.
Dated:  September 18, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge