```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,                :
                                          :
            -against-                     :
                                          :
LUIS SOSA,                                :       1:24-cr-412-GHW
                                          :
                        Defendant.        :       ORDER
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

A proceeding in this matter will take place on February 6, 2025 at 12:00 p.m. with respect to Defendant Luis Sosa. The proceeding will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. Counsel for the United States, Mr. Sosa and his counsel are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

SO ORDERED.

Dated: January 23, 2025

_____
GREGORY H. WOODS
United States District Judge