UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,                                     :
:
-v-                                   :            1:24-cr-412-GHW
:
LUIS SOSA,                                                    :            ORDER
:
Defendant.         :
:
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

Upon the application of the United States of America, by and through JAY CLAYTON, Acting United States Attorney for the Southern District of New York, MARGUERITE B. COLSON and FRANK J. BALSAMELLO, Assistant United States Attorneys, of counsel, and with the consent of LUIS SOSA, by and through his attorney, JEFFREY CHABROWE, it is hereby ORDERED that the pretrial conference in this case is continued from May 29, 2025 to July 31 at 11:00 a.m.

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because it will permit the parties to continue to discuss a pretrial resolution of this matter. Accordingly, it is further ORDERED that the time from the date of this order through July 31, 2025 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: May 27, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge