```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
UNITED STATES OF AMERICA,                                     :
                                                              :
                -v-                                           :      1:24-cr-412-GHW-3
                                                              :
LUIS RODRIGUEZ SOSA,                                          :      ORDER
                                                              :
                         Defendant.                           :
                                                              :
------------------------------------------------------------- X
```

GREGORY H. WOODS, United States District Judge:

Upon the application of the defendant, by and through his attorney, JEFFREY CHABROWE, and with the consent of the United States of America, by and through JAY CLAYTON, United States Attorney for the Southern District of New York, FRANK J. BALSAMELLO and MARGUERITE B. COLSON, Assistant United States Attorneys, of counsel, this Court ordered on July 30, 2025 that the pretrial conference in this case be continued from July 31, 2025 to August 12, 2025 at 3:00 p.m. with respect to Mr. Sosa.

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Mr. Sosa in a speedy trial because it will permit the parties to continue to discuss a pretrial resolution of this matter and failure to grant the continuance would deny the reasonable time necessary for effective preparation. Accordingly, it is further ORDERED that the time from the date of this order through August 12, 2025 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: July 31, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge