UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

UNITED STATES OF AMERICA,        :

                                     :

             -against-         :

                                     :

LUIS SOSA,                   :           1:24-cr-412-GHW-3

                                     :

                    Defendant.    :           <u>ORDER</u>

-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      A sentencing hearing in this matter will take place on November 14, 2025 at 12:00 p.m.  The

hearing will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New

York, New York 10007.  Counsel for the United States, Mr. Sosa and his counsel are directed to

appear for the hearing as scheduled unless otherwise ordered by the Court.

      SO ORDERED.

Dated:  November 5, 2025
New York, New York

                                _____
                                    GREGORY H. WOODS
                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/2025