# THE LAW OFFICE OF JEFF CHABROWE

521 Fifth Avenue, 17th Floor New York, NY 10175 | Tel. 917.529.3921 | F 212.659.4350

## MEMORANDUM ENDORSED

December 22, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/23/2025
```

Hon. Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse, Courtroom: 12C
500 Pearl Street
New York, NY 10007-1312

      Re:  United States v. Luis Rodriguez Sosa, 24 CR 412-03 (GHW)
            Letter Motion for Sentencing Adjournment

Dear Judge Woods:

      I would like to request an adjournment of Mr. Sosa's sentencing in the above case.  It is currently scheduled for January 15, 2026.  We request an adjournment until February 6, 2026. It is our second request for an adjournment. We are still seeking additional documentation to support Mr. Sosa's sentencing submission, including from family members. It is taking additional time because of the holiday season. The government consents to this request.

Sincerely,

*Jeff Chabrowe*

**JEFFREY CHABROWE, ESQ.**
**LAW OFFICES OF JEFFREY CHABROWE**

521 Fifth Avenue, 17th Floor
New York, NY 10175
(917) 529-3921
jeff@chabrowe.com

cc:  Marguerite Colson, Esq.

Application granted.  The sentencing hearing previously scheduled for January 15, 2026 at 10:00 a.m. is adjourned to February 6, 2026 at 11:00 a.m.  The defendant's sentencing submissions are due no later than January 23, 2026; the Government's sentencing submissions are due no later than January 30, 2026.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 77.
SO ORDERED.
Dated:  December 23, 2025

_____
GREGORY H. WOODS
United States District Judge