UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

UNITED STATES OF AMERICA,                    :

                                             :

          -against-                          :

                                             :

LUIS SOSA,                                   :                    1:24-cr-412-GHW-3

                                             :

                   Defendant.    :                    ORDER
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/2026

GREGORY H. WOODS, United States District Judge:

A sentencing hearing took place in this matter on March 19, 2026 following the defendant's plea of guilty to Counts I, II, and IV to the S1 Information. During the hearing, the Court asked the Government if there were any open counts remaining. The parties represented that there were no remaining open counts to dismiss. Upon review, the Court understands that Count III remains open.

The Government is directed to file a letter no later than March 23, 2026, indicating how it intends to proceed with respect to Count III.

SO ORDERED.

Dated: March 20, 2026

_____
GREGORY H. WOODS
United States District Judge